Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LStone@shookandstone.com

Attorneys for Plaintiff Lisa Louann Miller

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA LOUANN MILLER,<br><br>   Plaintiff,<br><br>   vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:22-cv-00396-EJY<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S REPLY BRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff Lisa Louann Miller and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from September 24, 2025 to October 15, 2025, for Plaintiff to file her reply brief or otherwise plead. This is Plaintiff's first request for

1. an extension. This request is made at the request of Plaintiff's counsel to allow
2. additional time to fully research the issues presented.
3. DATE: September 23, 2025   Respectfully submitted,

                             LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                      /s/ *Marc V. Kalagian*

        BY: _____
                Marc V. Kalagian
                Attorney for plaintiff Lisa Louann Miller

DATE: September 23, 2025      SIGAL CHATTAH
                                     United States Attorney

                      /s/ *Jeffrey E. Staples*

        BY: _____

                Jeffrey E. Staples
                Special Assistant United States Attorney
                |*authorized by e-mail|

**ORDER**

IT IS SO ORDERED:

Date: September 24, 2025

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE